No. 193. NATIONAL LABOR RELATIONS BOARD *v.* WATERMAN STEAMSHIP CORP. December 8, 1939. Motion for leave to file brief of the National Maritime Union of America as *amicus curiae* submitted by *Mr. Joseph Kovner* in that behalf and the motion denied.

No. 503. CAVICCHI, DOING BUSINESS AS WADE BUTTON CO., *v.* MOHAWK MANUFACTURING CO., INC. December 11, 1939. *Per Curiam:* The appeal is dismissed for want of a substantial federal question. *Red Cross Line* v. *Atlantic Fruit Co.,* 264 U. S. 109; *New Marshall Co.* v. *Marshall Engine Co.,* 223 U. S. 473, 478; *Geneva Furniture Co.* v. *Karpen,* 238 U. S. 254, 259. *Mr. Alan N. Mann* for appellant. *Mr. David M. Palley* entered an appearance for appellee.

No. 77. INTERSTATE NATURAL GAS CO. ET AL. *v.* STONE, COMMISSIONER OF FRANCHISE TAX, ET AL.

Argued December 4, 1939. Decided December 11, 1939. *Per Curiam:* The judgment is affirmed. *Southern Gas Corporation* v. *Alabama,* 301 U. S. 148, 153, 156–157. *Mr. Garner W. Green,* with whom *Messrs. Wm. A. Dougherty, Maxwell Bramlette,* and *Marcellus Green,* were on the brief, for petitioners. *Messrs. Greek L. Rice,* Attorney General of Mississippi, and *J. A. Lauderdale,* Assistant Attorney General, were on a brief for respondents.